APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

First Samco, Inc.

V.                                                                 Civil Action
                                                                   No: _____
Eldad Oz, Moshe Oz, EMA Tactical, M&E
Technologies, Tactical Arms and
CAA Tactical                            DISCLOSURE STATEMENT FORM

Please check one box:

[X]     The nongovernmental corporate party, __First Samco, Inc._____
        , in the above listed civil action does not have any parent corporation and
        publicly held corporation that owns 10% or more of its stock.

[ ]     The nongovernmental corporate party, _____
        , in the above listed civil action has the following parent corporation(s) and
        publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

January 19, 2010                                    [signature]
     Date                                              Signature

                 Counsel for:  Plaintiff, First Samco, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
        two copies of a disclosure statement that:
        (1)   identifies any parent corporation and any publicly held corporation
              owning 10% or more of its stock;  or

        (2)   states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
        (1)   file the disclosure statement with its first appearance, pleading,
              petition, motion, response, or other request addressed to the court;
              and
        (2)   promptly file a supplemental statement if any required information
              changes.