IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FIRST SAMCO, INC.                    :   CIVIL ACTION

                                     :

        vs.                          :

                                     :

ELDAD OZ, MOSHE OZ.                  :   NO.  10-232
et al.

**NOTICE**

    Please be advised that a CONFERENCE in the above-captioned case will be held on **January 28, 2010**  at **2:00 p.m.** before the **Honorable Harvey Bartle, III**  in chambers room 16614, U.S. District Courthouse, 601 Market Street, Philadelphia, PA.

    Failure to comply with this directive may result in the imposition of sanctions.

    The conference will be continued to another date only in exceptional cases.

                            Very truly yours,


                            Katherine M. Gallagher
                            Deputy Clerk to Chief Judge Bartle
                            267-299-7389

cc: Alan C. Milstein, Esq.
    FSI
    Fobus Holsters and Pouches
    Eldad Oz
    Moshe Oz
    EMA Tactical
    M&E Technologies
    CAA Tactical
    Tactical Arms
 1/21/10