```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FIRST SAMCO, INC.              :        CIVIL ACTION
                               :
     v.                        :
                               :
ELDAD OZ, ET AL.               :        NO. 10-232
```

ORDER

AND NOW, this 28th day of January, 2010, after a telephone conference with counsel, it is hereby ORDERED that the emergency motion of the plaintiff for a temporary restraining order is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                C.J.