UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST SAMCO, INC. : | |
| : | No.: 10-232 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| ELDAD OZ, MOSHE OZ, : | |
| EMA TACTICAL, M&E : | |
| TECHNOLOGIES, TACTICAL ARMS, : | |
| and CAA TACTICAL : | |
| : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff First Samco, Inc., by and through their respective undersigned counsel, stipulate that the above-captioned civil action be and is voluntarily dismissed.

                                                                               SHERMAN, SILVERSTEIN, KOHL,
                                                                               ROSE & PODOLSKY, P.A.

Dated: _April 22, 2010_                By: _s/ Alan C. Milstein_
                                                                             Alan C. Milstein, Esquire
                                                                             Melissa R. Knoerzer, Esquire
                                                                             4300 Haddonfield Road. - Suite 311
                                                                             Pennsauken, NJ 08109
                                                                             Attorneys for First Samco, Inc.