UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST SAMCO, INC. : | No.: 10-232 |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| ELDAD OZ, MOSHE OZ, : | |
| EMA TACTICAL, M&E : | |
| TECHNOLOGIES, TACTICAL ARMS, : | |
| and CAA TACTICAL : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff First Samco, Inc., by and through their respective undersigned counsel, stipulate that the above-captioned civil action be and is voluntarily dismissed with prejudice.

                                                SHERMAN, SILVERSTEIN, KOHL,
                                                ROSE & PODOLSKY, P.A.

Dated: _April 22, 2010_        By: __s/ *Alan C. Milstein*__
                                                Alan C. Milstein, Esquire
                                                Melissa R. Knoerzer, Esquire
                                                4300 Haddonfield Road. - Suite 311
                                                Pennsauken, NJ 08109
                                                Attorneys for First Samco, Inc.